# EXHIBIT 6



February 16, 2021

**Neil A. Quartaro**
Direct Phone  212-453-3934
Direct Fax      646-588-1576
nquartaro@cozen.com

**VIA E-MAIL**
wchung@mmwr.com

Mr. Wook Chung, Esq.
Montgomery, McCracken, Walker & Rhodes LLP
437 Madison Avenue
New York, NY 10022

Re:   Arbitration/Payment Demand – Hanjin Shipping, Inc.

Dear Mr. Chung,

Thank you for your time last week. As discussed, we represent Geodis USA, Inc. ("Geodis"), which we understand may be a successor company to Barthco International, Inc. We write regarding your correspondence of February 3, 2021 claiming that Geodis owes Hanjin Shipping Co., Ltd. ("Hanjin") the amount of $482,573.00 in unpaid detention and demurrage charges for shipments through 2016 (the "Claim").

We are unaware of the factual basis of the Claim or if our client is even the correct party. We are in receipt of a number of bills of lading, a copy of Hanjin's Terms and Conditions of Bill of Lading, and a spreadsheet that appears to contain a draft of Amendment 17 to Service Contract AEF166288. While we are investigating this claim internally, if you are in possession of the underlying agreement or agreements that you believe are relevant, please provide these. In the meantime, we believe the appointment of an arbitrator is premature and appreciate your courtesy in providing some additional time to locate records and respond substantively to Hanjin's demand.

Please feel to contact me if there are any questions or concerns. I am best reached by email or my mobile number at +1-917-370-6933.

Best regards,

Neil A. Quartaro

NAQ/aj
LEGAL\50996980\2