USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/03/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
GEODIS USA, INC,

                            Plaintiff,

          -against-

                                                 21-cv-7992 (VEC)

HANJIN SHIPPING CO., LTD.,                    ORDER

                          Defendant.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS Plaintiff has filed proof of service as to the Defendant, Dkt. 7;

    WHEREAS the deadline to answer or otherwise respond to the Complaint has elapsed for the Defendant, *id.*; and

    WHEREAS the Defendant has neither appeared nor answered;

    IT IS HEREBY ORDERED that Plaintiff must move for an order to show cause why default judgment should not be entered against all Defendants, in accordance with this Court's Individual Practices, by no later than **Thursday, November 19, 2021**.

**SO ORDERED.**

Date: November 3, 2021　　　　　　　　　　　　　_____
      New York, New York　　　　　　　　　　　　　　**VALERIE CAPRONI**
                                                       **United States District Judge**