USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/08/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
GEODIS USA, INC, :
:
                 Plaintiff, :
     -against- :
:    21-cv-7992 (VEC)
:
HANJIN SHIPPING CO., LTD., :    ORDER
:
                Defendant. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

     WHEREAS on November 3, 2021, the Court ordered Plaintiff to move for an order to show cause why default judgment should not be entered against Defendant, in accordance with this Court's Individual Practices, Dkt. 8;

     WHEREAS on November 4, 2021, Defendant appeared in this action, Dkt. 9; and

     WHEREAS on November 5, 2021, Defendant answered the Complaint, Dkt. 11;

     IT IS HEREBY ORDERED that the Court's order for Plaintiff to move for an order to show cause why default judgment should not be entered against Defendant is VACATED. The Court reminds the parties that an initial pretrial conference is scheduled for December 3, 2021 at 2:00 pm and that pre-conference submissions are due no later than November 24, 2021. For the conference dial in information and a description of the pre-conference submissions requirements, the parties should consult the Court's order at docket entry 6.

**SO ORDERED.**

Date: November 8, 2021                             _____
      New York, New York                   **VALERIE CAPRONI**
                                                         **United States District Judge**