USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/03/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
GEODIS USA, INC,                                           :
                                                           :
                            Plaintiff,                     :
          -against-                                        :
                                                           :    21-cv-7992 (VEC)
                                                           :
HANJIN SHIPPING CO., LTD.,                                 :    ORDER
                                                           :
                            Defendant.                     :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

  WHEREAS on December 3, 2021, the parties appeared for an initial pre-trial conference;

  IT IS HEREBY ORDERED that the parties must file a joint letter, by no later than **Friday, December 10, 2021**, proposing next steps in this matter. The joint letter must include a proposal for what motion should be filed and by whom as well as a proposed briefing schedule. If both parties are interested in a settlement conference with the assigned Magistrate Judge, they should include that fact in their joint letter and the Court will make a referral.

**SO ORDERED.**

Date: December 3, 2021           _____
     New York, New York          **VALERIE CAPRONI**
                         **United States District Judge**