USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/20/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
GEODIS USA, INC, :
:
                        Plaintiff, :
      -against- :
:     21-cv-7992 (VEC)
:
HANJIN SHIPPING CO., LTD., :     ORDER
:
                      Defendant. :
---------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on December 14, 2021, the Court proposed that Defendant would file a motion to compel arbitration and provided a suggested briefing schedule for that motion, Dkt. 18;

    WHEREAS the Court instructed the parties that any objections to the Court's proposal were due no later than December 17, 2021 and that if neither party objected by the deadline, the Court would enter the proposed briefing schedule, *id.*; and

    WHEREAS neither party objected by the deadline.

    IT IS HEREBY ORDERED that Defendant's motion to compel arbitration is due no later than **Friday, January 21, 2022**. Plaintiff's response in opposition is due no later than **Friday, February 18, 2022** and Defendant's reply in support is due no later than **Friday, March 4, 2022**.

**SO ORDERED.**

Date: December 20, 2021                               _____
      New York, New York                      **VALERIE CAPRONI**
                                                                   **United States District Judge**